UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21MC102(AKH) |
| BIANEY SINISTERRA, (AND HUSBAND, GIOVANNY GOMEZ), | 08CV4942(AKH) |
| Plaintiff(s), | **NOTICE OF APPEARANCE** |
| -against- | |
| 80 LAFAYETTE ASSOCIATES LLC, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         August 10, 2008

>                                     Yours etc.,
>
>                                     HARRIS BEACH PLLC
>                                     *Attorneys for Defendant*
>                                     **CENTURY 21, INC., BLUE**
>                                     **MILLENNIUM REALTY LLC**
>
>                                     _____/s/_____
>                                     Stanley Goos, Esq. (SG-7062)
>                                     100 Wall Street
>                                     New York, NY  10005
>                                     212 687-0100
>                                     212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on August 10, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: August 10, 2008

                                                                                                           /s/
                                                        Stanley Goos, Esq. (SG 7062)