UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21MC102(AKH) |
| BIANEY SINISTERRA, (AND HUSBAND, GIOVANNY GOMEZ), <br><br>             Plaintiff(s), <br><br>      -against- <br><br> 80 LAFAYETTE ASSOCIATES LLC, et al., <br><br>             Defendants. | 08CV4942(AKH) <br><br> **NOTICE OF ADOPTION BY CENTURY 21, INC. OF ANSWER TO MASTER COMPLAINT** |

**PLEASE TAKE NOTICE** that defendant **CENTURY 21, INC.** (hereinafter "Century 21") as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint adding new defendants not previously served filed in the above-referenced action, herein adopts Century 21's Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH). **CENTURY 21** has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

**PLEASE TAKE FURTHER NOTICE THAT** defendant, Century 21 reserves its right to assert any defenses to which it is entitled, including but not limited to those enumerated in Case Management Order No. 4 (¶¶ D(1)-(5)).

**WHEREFORE**, Century 21 demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
August 10, 2008

                                       **HARRIS BEACH PLLC**
                                       *Attorneys for Defendant*
                                       CENTURY 21, INC.

                                         /s/
                                       Stanley Goos, Esq. (SG 7062)
                                       100 Wall Street, 23rd Floor
                                       New York, New York 10005
                                       (212) 687-0100

TO:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279
*Liaison Counsel for Plaintiff*

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
*Liaison Counsel for the Defendants*

**All Counsel via ECF**

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on August 10, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1.  Notice of Century 21's Adoption of Answer to Master Complaint.

Dated: August 10, 2008

/s/
Stanley Goos, Esq. (SG 7062)